■ In the Matter of DANIEL J. HOLLEBRANDT, Respondent, v TRACI A. HOLLEBRANDT, Appellant. [757 NYS2d 925] —Appeal from an order of Family Court, Wayne County (Nesbitt, J.), entered December 7, 2001, which, inter alia, awarded sole custody of the parties' children to petitioner and supervised visitation to respondent.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court, Wayne County, Nesbitt, J. Present—Green, J.P., Wisner, Scudder, Kehoe and Gorski, JJ.